J. Joseph Bainton (JB-5934)
John G. McCarthy (JM-2635)
BAINTON MCCARTHY LLC
Attorneys for Defendant
Crown Equipment Corporation
26 Broadway, Suite 2400
New York, New York 10004
Tel: (212) 480-3500
Fax: (212) 480-9557

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MILTON PRIMER,

               Plaintiff,

   - against -                              **FED. R. CIV. P. 7.1 STATEMENT**

CROWN EQUIPMENT CORPORATION,

               Defendant.
------------------------------------------------------------X

JUDGE SCHEINDLIN

08 CV 5032

Defendant Crown Equipment Corporation ("Crown") makes the following statement pursuant to Federal Rule of Civil Procedure 7.1: Crown has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       June 2, 2008

                                 BAINTON MCCARTHY LLC

                                 By: _____
                                     J. Joseph Bainton (JB-5934)
                                     John G. McCarthy (JM-2635)

                                 *Attorneys for Defendant*
                                 *Crown Equipment Corporation*
                                 26 Broadway, Suite 2400
                                 New York, New York 10004-1840
                                 (212) 480-3500