STATE OF NEW YORK           )
                            )ss.
COUNTY OF NEW YORK          )

Peter H. Choi, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside in the County of New York, State of New York.

On June 2, 2008, I caused a true and correct copy of the foregoing *Notice of Removal, Civil Cover Sheet, and Defendant's Statement Pursuant to Federal Rule of Civil Procedure 7.1* to be served on counsel for Plaintiff via Federal Express addressed as follows:

Steven Seener, Esq.
SEENER & SEENER
11 Park Place, 10th Floor
New York, NY 10007

Peter H. Choi

Sworn to before me this
2nd day of June, 2008

Notary Public

MICHAEL T. ROUSSEL
Notary Public, State of New York
No. 01RO6156831
Qualified in Richmond County
Commission Expires December 4/20 10