UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
Plaintiff,  *Turner* :          ORDER OF REFERENCE
        :          TO A MAGISTRATE JUDGE
    -v-    :
        :  08 Civ. 5032 (SAS) ( )
Defendant. *Crown Equipment* :
        :  USDC SDNY
        :  DOCUMENT
        :  ELECTRONICALLY FILED
        :  DOC #:
        :  DATE FILED: 7/2/08
------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☑ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions: _____

---

*Do not check if already referred for general pretrial.

Dated _July 2, 2008_

SO ORDERED:

_[signature]_
United States District Judge

*End of September would be best.*

*Thanks*